No. 60074.—Brasco Manufacturing Co. v. United States, protests 220622–K/5063 and 229042–K/5266 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of hot-rolled steel strips similar to those involved in Abstract 58580, the claim of the plaintiff was sustained as to entries 14724 and 14912 covered by protest 220622–K.   Since protest 229042–K was filed more than 6( days after liquidation, it was dismissed as untimely, by virtue of section 514 (1\ U. S. C. § 1514).

No. 60075.—Trans Atlantic Company v. United States, protests 243934–K an\ 245232–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of butt hinges, imported with wood screws of steel, being packed 2 hinges and 12 screws to a box (12 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C. D. 1712), the claim at 12½ percent under paragraph 338, as modified, *supra*, was sustained as to said screws.   It was further held, in accordance with said stipulation, that the value of said screws was 25 cents per gross, United States currency, which value was included in the value of the screws and hinges, as invoiced and appraised.

No. 60076.—Chromium Mining & Smelting Corporation, Limited v. United States, protest 265912–K (Detroit).

Opinion by LAWRENCE, J.   There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.